

GRANTED

Judge James Ware

1  Kurt K. Robinson SBN 108095
2  Attorney at Law
   1970 Broadway Suite 1225
3  Oakland, Ca 94612
   (510) 435-3794
4  (510)279-5844(fax)

5  Attorney for Defendant

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR-05-00723 |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| vs. | ) **RESCHEDULING MOTION TO** |
| | ) **SUPPRESS EVIDENCE DERIVED FROM** |
| | ) **ILLEGAL WIRETAPS AND ELECTRONIC** |
| | ) **INTERCEPTS; REQUEST FOR JUDICIAL** |
| PONG LIN LIU a/k/a PETER P. LIU, | ) **NOTICE AND FOR FRANKS HEARING RE** |
| ERIC ZI PING LEI | ) **NECESSITY** |
| DERRICK TAI DUY VU, | ) |
| PHUONG THAI HUU NGUYEN, | ) |
| BOUNXOU ALEX BILLAMAY, | ) |
| SEAN J. WONG, | ) |
| MAN NING TAO, and | ) |
| MAN NEI LUI, | ) |
| Defendants. | ) |

   IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the defendant's motion hearing, currently scheduled for Monday November 6, 2006 at 1:30 p.m. be continued and a new motion hearing date of Monday, November 27, 2006 at 1:30 p.m. is hereby set.

It is so stipulated.                          /S/
                                              _____
Dated:  10/25/06                              KURT K. ROBINSON
                                              Attorney for Defendant

                                              /S/
                                              _____
                                              JOHN N. GLANG
                                              Assistant U.S. Attorney

STIPULATION AND ORDER RESCHEDULING MOTION HEARING
CR 05-00723-JW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28