KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5084
   Fax: (408)-535-5066
   E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00723-JW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING |
| SEAN J. WONG, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the defendant's sentencing hearing, currently scheduled for Monday, January 8, 2007 at 1:30 p.m. be continued and a new sentencing hearing date of Monday, February 26, 2007 at 1:30 p.m. is hereby set.

It is so stipulated.

Dated: ___12-1-06_____            _____/S/_____
                                                    JOHN N. GLANG
                                                    Assistant U.S. Attorney

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING**
**CR 05-00723-JW**

1  It is so stipulated:

2  Dated: ___12/01/06_____                    _____/S/_____
                                                 DENNIS A. LEMPERT
3                                                Attorney for Sean J. Wong

4

5  It is so ORDERED:

6  Dated: ___12/04/2006___                       _____
                                                 JAMES WARE
7                                                United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING**
**CR 05-00723-JW**                              2