1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5084
7      Fax: (408)-535-5066
       E-Mail: John.Glang@usdoj.gov
8
9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN JOSE DIVISION
13

14 UNITED STATES OF AMERICA,         )   No. CR 05-00723-JW
                                     )
15                  Plaintiff,       )
                                     )   STIPULATION AND ORDER
16          v.                       )   RESCHEDULING SENTENCING
                                     )   HEARING
17 SEAN J. WONG,                     )
                                     )
18                  Defendant.       )
                                     )
19

20     IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is

21 hereby ordered, that the defendant's sentencing hearing, currently scheduled for Monday,

22 February 26, 2007 at 1:30 p.m. be continued and a new sentencing hearing date of Monday, May

23 ~~13~~ 14, 2007 at 1:30 p.m. is hereby set.

24

25 It is so stipulated.

26 Dated:  2/14/2007                      _____
                                          JOHN N. GLANG
27                                        Assistant U.S. Attorney

28

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING**
**CR 05-00723-JW**

1  It is so stipulated:

2  Dated: _____                    _____
                                            DENNIS A. LEMPERT
3                                           Attorney for Sean J. Wong

4

5  It is so ORDERED:

6  Dated: _____                  _____
                                            JAMES WARE
7                                           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING**
**CR 05-00723-JW**                2