*E-FILED - 2/27/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PONG LIN LIU a/k/a PETER P. LIU, et al.,<br><br>　　　　Defendants | NO.  CR-05-00723-JW<br><br>**ORDER TRANSFERRING CASE** |

    The court hereby transfers this case back to the Honorable James Ware except for the pending motion to suppress wiretap evidence brought by defendant Pong Lin Liu.  That motion will be heard by Judge Whyte.

    On February 8, 2007 Judge James Ware, the assigned judge for this action, recused himself from hearing defendant Liu's motion to suppress the May 2005 wiretap order since he issued that order.  "Out of an abundance of caution, and to avoid the appearance that Defendant has not received a fair review on this issue, the Court recuses itself from deciding whether it properly issued the May 2005 wiretap order."  Order Referring Defendant's Motion to Suppress Wiretap Evidence dated February 8, 2007.

    The court's Assignment Committee then reassigned the entire case to Judge Whyte by order dated February 16, 2007 apparently not recognizing the limited recusal by Judge Ware.  The parties, Judge Ware and Judge Whyte do not believe reassignment of the

entire case to the undersigned is in the interest of justice and economy. Therefore, with the consent of Judge Ware and Judge Whyte and with no objection from the Assignment Committee, the case is hereby transferred back to Judge Ware except for the motion which Judge Ware has disqualified himself from hearing.

Counsel are instructed that all future filings shall bear the initials JW immediately after the case number. Counsel should contact Judge Ware's chambers concerning all scheduling questions except for any questions concerning Liu's motion to suppress the evidence obtained as a result of the May 2005 wiretap order. Questions regarding scheduling of Liu's motion to suppress should be directed to Jackie Garcia, Judge Whyte's Courtroom Deputy, at (408) 535-5375. A courtesy copy of any future papers filed in connection with the wiretap suppression motion should be filed with the chambers of Judge Whyte.

Dated: February 27, 2007

*/s/ Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

I consent to the assignment of this case back to me except for Liu's motion to suppress the evidence obtained as a result of the May 2005 wiretap order.

Dated: February 27, 2007

*/s/ James Ware*
James Ware
United States District Judge

ORDER TRANSFERRING CASE
NO. CR-05-00723-JW

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER TRANSFERRING CASE
NO.  CR-05-00723-JW