1  DENNIS ALAN LEMPERT, State Bar Number 42074
   LAW OFFICES OF DENNIS ALAN LEMPERT
2  100 Saratoga Avenue, 1st Floor
   Santa Clara, CA 95051-7337
3
   Telephone (408) 249-5152
4  Fax        (408) 248-5974

5  Attorneys for Defendant
   SEAN WONG
6

**DENIED WITHOUT PREJUDICE**
/s/ James Ware
Judge James Ware
7/6/2007

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | **No. CR 05-00723-JW** |
| Plaintiff, | **STIPULATION FOR STAY OF SURRENDER INTO CUSTODY AND DECLARATION OF DENNIS ALAN LEMPERT** |
| v. | |
| SEAN WONG, | |
| Defendant. | |

DENNIS ALAN LEMPERT on behalf of defendant SEAN WONG ("WONG"), hereby requests the Court a Stay of **Ninety (90) days** of the date WONG is to surrender into custody to serve the sentence imposed upon him.

DATED: June 22, 2007

                                            Respectfully submitted,

                                            LAW OFFICES OF DENNIS ALAN LEMPERT

                                            /S/

                                            _____
                                            DENNIS ALAN LEMPERT
                                            Attorneys for Defendant
                                            SEAN WONG

# DECLARATION OF DENNIS ALAN LEMPERT
# IN SUPPORT OF MOTION TO STAY SURRENDER DATE

I,    DENNIS ALAN LEMPERT, declare as follows:

1. I am the attorney of record for defendant in the above-entitled matter and duly licensed to practice before all the courts of State of California and the United States District Court for the Northern District of California.

2. I am familiar with the facts herein and could competently testify there to if so called.

3. On or about May 15, 2007 SEAN WONG ("WONG") was sentenced by this Court to serve fifty seven months in custody.

4. WONG was ordered to surrender into custody on about July 16, 2007.

5. Shortly after May 23, 2007 I was given a letter respecting WONG's condition of hepatitis C and development of increasing echogenicity in his liver. (See a copy of that letter attached as Exhibit A).

6. No prejudice will be suffered by the Government by the Court granting a Ninety (90) day delay in the date of surrender into custody to allow WONG to receive additional diagnostic treatment before he enters into custody.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 22nd   day of June 2007 at Santa Clara, California,

/S/

_____
DENNIS ALAN LEMPERT

## STIPULATION OF COUNSEL AND ORDER

DENNIS ALAN LEMPERT, on behalf of defendant SEAN WONG ("WONG"), JOHN GLANG, Assistant United States Attorney, on behalf of the United States, hereby stipulate that:

The Court herein may Order a Stay of the surrender date of WONG until **October 15, 2007**

/S/

Dated: June 22, 2007

_____
DENNIS ALAN LEMPERT
Attorneys for Defendant
SEAN WONG

Dated: _____ 2007

_____
JOHN GLANG,
Assistant United States Attorney

**SO ORDERED**.   The Court denies this request without prejudice for Continuance of Date to Self-Surrender for Defendant due to incompleteness. The Court welcomes the parties to resubmit a corrected request to continue date to Self-Surrender for Defendant.

Dated: __ July 6 _____ 2007

_____
JAMES WARE
Judge of the United States District Court for
The Northern District of California

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: DENIED WITHOUT PREJUDICE — Judge James Ware]*

F:\APPS\WORDPERF\Wong, Sean\Stipulation for Stay.wpd
**STIPULATION AND DECLARATION
IN SUPPORT OF STAY OF SURRENDER INTO CUSTODY**

**CASE NAME: United State v. WONG**
**ACTION NO.: CR 05-00723-JW**

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF Santa Clara:

My business address is 100 Saratoga Avenue, 1st Floor, Santa Clara, California 95051. I am employed in the County of Santa Clara, where this mailing occurs. I am over the age of 18 years, and not a party to the within cause. On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

**MOTION FOR STAY OF SURRENDER INTO CUSTODY AND DECLARATION OF DENNIS ALAN LEMPERT**

on the following person(s) in this action by e-mailing a true copy thereof as follows:

JOHN GLANG
Assistant United States Attorney

[xx]    (BY E MAIL) I am familiar with my firm's practice for collection and processing of correspondence for emailing.

[ ]    (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]    (STATE)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[xx]    (FEDERAL)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of June 2007, at Santa Clara, California.

_____/S/
                                       Declarant

LAW OFFICE OF DENNIS ALAN LEMPERT

F:\APPS\WORDPERF\Wong, Sean\Stipulation for Stay.wpd
**STIPULATION AND DECLARATION**
**IN SUPPORT OF STAY OF SURRENDER INTO CUSTODY**