JOHN D. ROBERTSON (State Bar Number: 72400)
LAW OFFICES OF JOHN D. ROBERTSON
1055 Wilshire Blvd. Suite 1702
Los Angeles, CA 90017
TEL: (213) 482-8893
FAX: (213) 482-5002
EMAIL: jdrlaw@hotmail.com

Attorney For Defendant,
SEAN WONG

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO: CR 05-00723-JW |
|---|---|---|
| Plaintiff | ) | [PROPOSED] ORDER |
| v. | ) | |
| SEAN WONG, et al., | ) | |
| Defendant. | ) | |

**GOOD CAUSE APPEARING THEREFOR**, and based upon the stipulation of the parties and the information contained therein, defendant's current surrender date for service of sentence shall be extended, and defendant shall surrender to the designated institution or the Bureau of Prisons on or before January 21, 2008.

**IT IS SO ORDERED**.

DATED:_October 10, 2007          _____
                                 HON. JAMES WARE
                                 United States District Court Judge

Submitted by:

_____/S/_____
JOHN D. ROBERTSON, ESQ.
Attorney for Defendant
Sean Wong

1