JOHN D. ROBERTSON (State Bar Number: 72400)
LAW OFFICES OF JOHN D. ROBERTSON
1055 Wilshire Blvd. Suite 1702
Los Angeles, CA 90017
TEL: (213) 482-8893
FAX: (213) 482-5002
EMAIL: jdrlaw@hotmail.com

Attorney For Defendant,
SEAN WONG

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO: CR 05-00723-JW |
|---|---|---|
| Plaintiff | ) | [~~PROPOSED~~] ORDER |
| v. | ) | |
| SEAN WONG, et al., | ) | |
| Defendant. | ) | |

**GOOD CAUSE APPEARING THEREFOR**, and considering the stipulation of parties, it is hereby ordered that the currently scheduled hearing date for Sean Wong's request and motion for Order recommending acceptance into the Bureau of Prisons minimum 500-hour Residential Drug Abuse Program (R.D.A.P.) is continued to December 10, 2007 at 1:30 p.m.

**IT IS SO ORDERED**. This is the parties' final request for continuance. Further requests shall be made on the Court's record.

DATED:___Nov. 9, 2007                                  _____
                                                        HON. JAMES WARE
                                                        United States District Court Judge

Submitted by:


_____/S/_____
JOHN D. ROBERTSON, ESQ.
Attorney for Defendant
Sean Wong